UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) |
| | 3:09-md-02100-DRH |
| | MDL No. 2100 |

This Document Relates To:

*Laura Cox et al v. Bayer Corporation*          No. 11-cv-12133-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on September 9, 2014, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/ *Caitlin Fischer*
         Deputy Clerk

Date: September 15, 2014

Digitally signed by David R. Herndon
Date: 2014.09.15 12:59:30 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT